FILED
CLERK

10/4/2012 3:31 pm

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
BARBARA BAUGHAN,

        Plaintiff,

    -against-

MINEOLA UNION FREE SCHOOL
DISTRICT, BARBARA SHAW, and
MICHAEL NAGLER,

        Defendants.
----------------------------------------------------------X

**MEMORANDUM OF
DECISION AND ORDER**
11-cv-1722 (ADS)(WDW)

**APPEARANCES:**

**Leeds Brown Law, P.C.**
*Attorneys for the Plaintiff*
One Old Country Road, Suite 347
Carle Place, NY 11514
    By: Matthew Brian Weinick, Esq.
       Rick Ostrove, Esq., Of Counsel

**Sokoloff Stern LLP**
*Attorneys for the Defendants*
179 Westbury Avenue
Carle Place, NY 11514
    By:  Brian S. Sokoloff, Esq.
       Anthony F. Cardoso, Esq., Of Counsel

**SPATT, District Judge**.

      Presently before the Court is a motion to disqualify counsel filed by the Defendants, alleging that the Plaintiff's Counsel, Leeds Brown Law, P.C., has a conflict of interest in representing the Plaintiff in this case based upon their prior representation of Dr. Lorenzo Licopoli in two previous matters, an individual who may be a material witness in the present case for the Defendants.  In turn, the Plaintiff has filed a cross-motion to compel the preclusion of Dr. Lorenzo Licopoli as a witness in this case.

1

The parties are directed to appear for a hearing before this Court on October 12, 2012, at 10:00am, in Courtroom 1020, to discuss both matters.

**SO ORDERED.**
Dated: Central Islip, New York
October 4, 2012

                                           ___*/s/ Arthur D. Spatt*_____
                                                ARTHUR D. SPATT
                                         United States District Judge