FILED
CLERK

10/4/2012 3:31 pm

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------------------------------X
BARBARA BAUGHAN,

                Plaintiff,

        -against-

MINEOLA UNION FREE SCHOOL
DISTRICT, BARBARA SHAW, and
MICHAEL NAGLER,

                Defendants.
--------------------------------------------------------X

**MEMORANDUM OF**
**DECISION AND ORDER**
11-cv-1722 (ADS)(WDW)

APPEARANCES:

**Leeds Brown Law, P.C.**
*Attorneys for the Plaintiff*
One Old Country Road, Suite 347
Carle Place, NY 11514
      By: Matthew Brian Weinick, Esq.
         Rick Ostrove, Esq., Of Counsel

**Sokoloff Stern LLP**
*Attorneys for the Defendants*
179 Westbury Avenue
Carle Place, NY 11514
      By:  Brian S. Sokoloff, Esq.
         Anthony F. Cardoso, Esq., Of Counsel

**SPATT, District Judge**.

      Presently before the Court is a motion to disqualify counsel filed by the Defendants,

alleging that the Plaintiff's Counsel, Leeds Brown Law, P.C., has a conflict of interest in

representing the Plaintiff in this case based upon their prior representation of Dr. Lorenzo

Licopoli in two previous matters, an individual who may be a material witness in the present

case for the Defendants.  In turn, the Plaintiff has filed a cross-motion to compel the preclusion

of Dr. Lorenzo Licopoli as a witness in this case.

The parties are directed to appear for a hearing before this Court on October 12, 2012, at 10:00am, in Courtroom 1020, to discuss both matters.

**SO ORDERED.**
Dated: Central Islip, New York
October 4, 2012


_____/s/ Arthur D. Spatt_____
ARTHUR D. SPATT
United States District Judge